■ The People of the State of New York, Respondent, v Errol Macklin, Also Known as Alvin Smith, Appellant. [705 NYS2d 231] —Judgment, Supreme Court, Bronx County (Dominic Massaro, J.), rendered March 13, 1997, convicting defendant, after a jury trial, of two counts of rape in the first degree, and sentencing him, as a second violent felony offender, to concurrent terms of 8 to 16 years, unanimously affirmed.

The verdict was not against the weight of the evidence. We see no reason to disturb the jury's determinations concerning credibility. Concur—Tom, J. P., Ellerin, Wallach, Rubin and Saxe, JJ.